IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **REV. KKK ROY, DR., JUNGLE DEMUPODS, and CONGLOMERATE 2,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**USA GOVT,**<br><br>    Defendant. | CASE NO. 8:11CV388<br><br>MEMORANDUM AND ORDER |

This matter is before the court on its own motion. On November 28, 2011, the court entered a Memorandum and Order provisionally filing this matter but requiring Plaintiffs to either file a motion for leave to proceed in forma pauperis or pay the $350.00 filing fee no later than December 28, 2011. (Filing No. 4.) The court warned Plaintiffs that failure to comply with its Memorandum and Order would result in dismissal of this matter without further notice. (*Id.*) Plaintiffs have not paid the $350.00 filing fee or filed any other response to the court's previous Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 23rd day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge